IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD HERSHEY, ON BEHALF OF OTHERS SIMILARLY SITUATED,<br>　　　　　　Plaintiff,<br>　　v.<br>ENERGY TRANFER PARTNERS, L.P., ENERGY TRANSFER COMPANY, ETC MARKETING, LTD., and HOUSTON PIPELINE COMPANY,<br>　　　　　　Defendants. | :<br>:<br>:<br>: 04:07CV3349<br>:<br>:<br>: |

**DEFENDANTS ENERGY TRANSFER PARTNERS, L.P.,
ENERGY TRANSFER COMPANY, ETC MARKETING, LTD., AND HOUSTON
<u>PIPELINE COMPANY'S CERTIFICATE OF INTERESTED PERSONS</u>**

Defendants Energy Transfer Partners, L.P., Energy Transfer Company, ETC Marketing, Ltd., and Houston Pipe Line Company, L.P.[1] (collectively, "<u>Defendants</u>") file this Certificate of Interested Persons pursuant to the Court's Order for Conference and Disclosure of Interested Parties [Docket No. 4], which lists all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities who or which are financially interested in the outcome of this litigation:

　　1.　　Defendants.

　　2.　　Plaintiff.

　　3.　　<u>Energy Transfer Equity, L.P.</u>, a publicly traded entity (NYSE:ETE), which owns more than 10% of the common units outstanding of Defendant <u>Energy Transfer Partners, L.P.</u> (NYSE:ETP).

---

[1] Plaintiff has named Houston Pipeline Company as a defendant. Houston Pipe Line Company, L.P. is the successor to the named defendant.

1

4. Heritage ETC, L.P., a wholly-owned subsidiary of Energy Transfer Partners, L.P., which owns a 99.9% limited partner interest in Defendant Energy Transfer Company, a/k/a La Grange Acquisition, L.P.

5. La Grange Acquisition, L.P., which owns a 99.9% limited partner interest in Defendant ETC Marketing, Ltd.

6. HPL Consolidation LP, which owns a 99.5% limited partner interest in Houston Pipe Line Company LP, a Delaware limited partnership and successor to Defendant Houston Pipeline Company.

7. Energy Transfer Partners GP, L.P., a Delaware Limited Partnership which owns a general partnership interest in Energy Transfer Partners, L.P.

8. LA GP, LLC, a Texas limited liability company which owns a .1% general partnership interest in La Grange Acquisition, L.P.

9. LGM, LLC, a Texas limited liability company which owns a .1% general partnership interest in ETC Marketing, Ltd.

10. HPL GP, LLC, a Delaware limited liability company which owns a .5% general partnership interest in Houston Pipe Line Company LP.

11. LE GP, LLC, a Texas limited liability company which owns a .5% general partnership interest in Energy Transfer Equity, L.P.

12. Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants.

13. Labaton & Sucharow LLP, counsel for Plaintiff.

14. The Buzbee Law Firm, counsel for Plaintiff.

Dated: October 26, 2007

                Respectfully submitted,

                */s/ Charles W. Schwartz*
                Charles W. Schwartz
                Attorney-in-Charge
                State Bar No. 17861300
                Southern District Bar No. 603
                SKADDEN, ARPS, SLATE,
                   MEAGHER & FLOM LLP
                1000 Louisiana, Suite 6800
                Houston, Texas 77002
                Telephone No.: 713-655-5160
                Facsimile No.: 888-329-2286

                **ATTORNEYS FOR ENERGY TRANFER PARTNERS, L.P., ENERGY TRANSFER COMPANY ETC MARKETING, LTD., AND HOUSTON PIPELINE COMPANY LP**

## CERTIFICATE OF SERVICE

     I hereby certify that on October 26, 2007, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. All others were served a copy via U.S. mail postage prepaid:

| | |
|---|---|
| Anthony G. Buzbee | Bernard Persky |
| Christopher K. Johns | Gregory S. Asciolla |
| THE BUZBEE LAW FIRM | LABATON SUCHAROW LLP |
| 1910 Ice & Cold Storage Building | 140 Broadway Avenue |
| 104 21st Street Moody Avenue | New York, New York 10005 |
| Galveston, Texas 77550 | |

                */s/ Charles W. Schwartz*
                Charles W. Schwartz