UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ENERGY TRANSFER PARTNERS NATURAL GAS LITIGATION | § § § § § § § § § CIVIL ACTION NO. 4:07-cv-3349 |

## FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58 and to the Court's recent Memorandum and Order, this case is **DISMISSED WITH PREJUDICE** and the Court's Order is now a final, appealable judgment.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 25th day of March, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.